UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 14-41866-659  Chapter 13 |
| JEFFREY ARLAND STEPHENSON | ) Plan Pmt:     $584 X 14; |
| | ) Term:          $100 X 22 |
| | ) |
| Debtor | ) 2ND AMENDED    POST-CONF AM |

CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

CERTIFICATION

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and certifies that: he has reviewed the Debtor's schedules, plan, and the Debtor's most recent pending motion to amend the plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan, including any and all of the most recent proposed amendments thereto, complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: June 16, 2015
CNFORD--MF

Original Confirmation hearing set for:
May 01, 2014

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

ORDER

    It is **ORDERED** that the plan is confirmed; if Debtor has filed a motion to amend seeking confirmation of this confirmed plan, that motion is GRANTED; all other pending motions to amend plan are DENIED; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

*Kathy A. Surratt-States*

**DATED: June 17, 2015**
**St. Louis, Missouri**

    KATHY A. SURRATT-STATES
    Chief U.S. Bankruptcy Judge

14-41866-659      CERTIFICATION AND ORDER OF CONFIRMATION FOR      Page 2 of 2
CHAPTER 13 PLAN

Copy mailed to:

| | |
|---|---|
| JEFFREY ARLAND STEPHENSON<br>10597 PRIVATE DRIVE 2035<br>ROLLA, MO  65401 | John V. LaBarge, Jr., Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO  63143<br><br>A K SMITH LAW LLC<br>26A N CENTRAL AVE<br>CLAYTON, MO  63105 |